STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Plaintiff Display Technologies, LLC*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC**, | CASE NO.: 8:20-cv-01028 |
| *Plaintiff*, | |
| v. | **COMPLAINT FOR PATENT INFRINGEMENT** |
| **CLARION CORPORATION OF AMERICA, INC.**, | **JURY TRIAL DEMANDED** |
| *Defendant*. | |

Plaintiff Display Technologies, LLC ("Plaintiff" or "Display") files this Complaint against Clarion Corporation of America, Inc. ("Defendant" or "Clarion") for infringement of United States Patent No. 9,300,723 (the " '723 Patent") and alleges as follows:

## PARTIES AND JURISDICTION

1.    This is an action for patent infringement under Title 35 of the United States Code. Plaintiff is seeking injunctive relief as well as damages.

2.    Jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331

1

(Federal Question) and 1338(a) (Patents) because this is a civil action for patent infringement arising under the United States patent statutes.

3.      Plaintiff is a Texas limited liability company with a place of business at 1801 NE 123rd Street, Suite 314, North Miami, FL 33161.

4.      On information and belief, Defendant is a California corporation with a principal place of business in Cypress, CA.  On information and belief, Defendant may be served through its registered agent, Chris Honma, 6200 Gateway Drive, Cypress, CA 90630.

5.      This Court has personal jurisdiction over Defendant because Defendant has committed, and continues to commit, acts of infringement in this District, has conducted business in this District, and/or has engaged in continuous and systematic activities in this District.

6.      Upon information and belief, Defendant's instrumentalities that are alleged herein to infringe were and continue to be used, imported, offered for sale, and/or sold in this District.

## **VENUE**

7.      On information and belief, venue is proper in this District under 28 U.S.C. § 1400(b) because Defendant is deemed to be a resident of this District. Alternatively, acts of infringement are occurring in this District and Defendant has a regular and established place of business in this District.

PLAINTIFF'S COMPLAINT AGAINST DEFENDANT CLARION CORPORATION OF AMERICA, INC.

## COUNT I
## (INFRINGEMENT OF UNITED STATES PATENT NO. 9,300,723)

8.      Plaintiff incorporates paragraphs 1 through 7 herein by reference.

9.      This cause of action arises under the patent laws of the United States and, in particular, under 35 U.S.C. §§ 271, *et seq*.

10.     Plaintiff is the owner by assignment of the '723 Patent with sole rights to enforce the '723 Patent and sue infringers.

11.     A copy of the '723 Patent, titled "Enabling social interactive wireless communications," is attached hereto as Exhibit A.

12.     The '723 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

13.     Defendant has infringed and continues to infringe one or more claims, including at least Claim 12 of the '723 Patent by making, using, and/or selling media systems covered by one or more claims of the '723 Patent.  For example, Defendant makes, uses, and/or sells the Clarion Car Infotainment System, and any similar products ("Product"). Defendant has infringed and continues to infringe the '723 Patent in violation of 35 U.S.C. § 271.

14.     Regarding Claim 12, the Product is configured to receive a media file (e.g., music file or songs video) from a wireless mobile device (e.g., mobile phone) over a communication network (e.g. Bluetooth network).  The wireless mobile device (e.g., mobile phone) sends data (e.g., music file) to the media system.  Certain aspects

PLAINTIFF'S COMPLAINT AGAINST DEFENDANT CLARION CORPORATION OF AMERICA, INC.

of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.




Source: https://www.clarion.com/in/en/products-personal/multimedia/VX387A/profile/index.html#Fm-1Anchor

15.    The Product includes a wireless receiver (e.g., Bluetooth receiver). Certain aspects of this element are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.

## Bluetooth® for hands-free communication and audio streaming

Built-in Bluetooth provides wireless, hands free communication between the source unit and compatible mobile phones. Make calls with a simple voice command for a totally hands-free calling experience. Preset your steering wheel control to activate Voice Dial with the VX387A's programmable steering wheel control feature.
Stream music across your device directly to the VX387A to enjoy your favourite tunes in your car.

The Defendant uses a wireless receiver (e.g. Bluetooth) to play music and video from mobile.

*Source*: https://www.clarion.com/in/en/products-personal/multimedia/VX387A/profile/index.html#Fm-1Anchor

16.     The Product includes a security measure.  For example, the Product must paired and connected by inputting a password (i.e., a security measure) to a wireless mobile device (e.g. mobile phone) before receiving a media file. Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

PLAINTIFF'S COMPLAINT AGAINST DEFENDANT CLARION CORPORATION OF AMERICA, INC.



The Defendant has security measures (e.g. a Bluetooth pairing code).

*Source:* https://www.clarion.com/in/en/products-personal/multimedia/VX387A/profile/index.html#Fm-1Anchor
*Source:* https://www.youtube.com/watch?v=Ypq5b6BdhHA

17.     The Product is disposed in an accessible relation to at least one interactive computer network (e.g., Bluetooth network) that has a wireless range structured to permit authorized access (e.g., via pairing code) to said at least one interactive computer network. Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

6

PLAINTIFF'S COMPLAINT AGAINST DEFENDANT CLARION CORPORATION OF AMERICA, INC.





*Source:* https://www.clarion.com/in/en/products-personal/multimedia/VX387A/profile/index.html#Fm-1Anchor
*Source:* https://www.youtube.com/watch?v=Ypq5b6BdhHA

18.   When the wireless mobile device is within the wireless range, the wireless mobile device is detectable by the media system (e.g., the media system automatically detects a smartphone when the mobile device is within Bluetooth range).  Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

1
2
3
4
5
6
7
8



9
10
11
12
13
14
15
16
17

*Source:* https://www.clarion.com/in/en/products-personal/multimedia/VX387A/profile/index.html#Fm-1Anchor

18
*Source:* https://www.youtube.com/watch?v=Ypq5b6BdhHA

19      19.    At least one digital media file (e.g., music file) is initially disposed on

20
the wireless mobile device (e.g., the mobile phone includes one or more music files).

21
22   Certain aspects of this element are illustrated in the screenshots below and/or those

23   provided in connection with other allegations herein.

24
25
26
27
28

PLAINTIFF'S COMPLAINT AGAINST DEFENDANT CLARION CORPORATION OF AMERICA, INC.





*Source:* https://www.clarion.com/in/en/products-personal/multimedia/VX387A/profile/index.html#Fm-1Anchor
*Source:* https://www.youtube.com/watch?v=Ypq5b6BdhHA

20.     The media system is structured to detect the wireless mobile device disposed within the wireless range (e.g., media system automatically detects the mobile phone when it is within Bluetooth range). Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

21.     A communication link (e.g., Bluetooth) is structured to dispose the media system and the wireless mobile device (e.g. mobile phone) in a communicative relation with one another via the at least one interactive computer network. Certain aspects of this element are illustrated in the screenshots below and/or those provided

in connection with other allegations herein.





Source: https://www.clarion.com/in/en/products-personal/multimedia/VX387A/profile/index.html#Fm-1Anchor

22.   The communication link is initiated by the media system.  The devices will automatically connect when the units are in range.  Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.



Source: https://www.clarion.com/in/en/products-personal/multimedia/VX387A/profile/index.html#Fm-1Anchor

   23. The wireless mobile device and the media system are structured to transmit the at least one digital media file there between via the communication link (e.g., media system allows for the transmission of files between itself and the wireless mobile device; e.g., the mobile device transmits the music file to the media system). Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

PLAINTIFF'S COMPLAINT AGAINST DEFENDANT CLARION CORPORATION OF AMERICA, INC.

**Bluetooth® for hands-free communication and audio streaming**

Built-in Bluetooth provides wireless, hands free communication between the source unit and compatible mobile phones. Make calls with a simple voice command for a totally hands-free calling experience. Preset your steering wheel control to activate Voice Dial with the VX387A's programmable steering wheel control feature.
Stream music across your device directly to the VX387A to enjoy your favourite tunes in your car.



*Source:* https://www.clarion.com/in/en/products-personal/multimedia/VX387A/profile/index.html#Fm-1Anchor

24.    The communication link is structured to bypass the security measure of the media system for a limited permissible use of the communication link by the wireless mobile device for only transferring the at least one digital media file to, and displaying the at least one digital media file on, the media system (e.g., the media system bypasses the security measure of the Bluetooth network).  Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.





*Source:* https://www.clarion.com/in/en/products-personal/multimedia/VX387A/profile/index.html#Fm-1Anchor
*Source:* https://www.youtube.com/watch?v=Ypq5b6BdhHA

25.     Defendant's actions complained of herein will continue unless Defendant is enjoined by this court.

26.     Defendant's actions complained of herein are causing irreparable harm and monetary damage to Plaintiff and will continue to do so unless and until Defendant is enjoined and restrained by this Court.

27.     Plaintiff is in compliance with 35 U.S.C. § 287.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff asks the Court to:

(a)     Enter judgment for Plaintiff on this Complaint on all causes of action asserted herein;

(b)     Enter an Order enjoining Defendant, its agents, officers, servants,

PLAINTIFF'S COMPLAINT AGAINST DEFENDANT CLARION CORPORATION OF AMERICA, INC.

employees, attorneys, and all persons in active concert or participation with Defendant who receive notice of the order from further infringement of United States Patent No. 9,300,723 (or, in the alternative, awarding Plaintiff running royalties from the time of judgment going forward);

(c)     Award Plaintiff damages resulting from Defendant's infringement in accordance with 35 U.S.C. § 284;

(d)     Award Plaintiff pre-judgment and post-judgment interest and costs; and

(e)     Award Plaintiff such further relief to which the Court finds Plaintiff entitled under law or equity.

## JURY TRIAL DEMAND

Pursuant to Fed. R. Civ. P. 38(b)(1) and (c), and Civil L.R. 3-6(a), Plaintiff hereby demands a jury trial on all the issues in this action so triable of right by a jury.

Dated: June 8, 2020                    Respectfully submitted,


*/s/ Stephen M. Lobbin*
Stephen M. Lobbin
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

***Attorney(s) for Plaintiff Display
Technologies, LLC***

14
PLAINTIFF'S COMPLAINT AGAINST DEFENDANT CLARION CORPORATION OF AMERICA, INC.