Stephen M. Lobbin (SBN 181,195)
E-mail: sml@smlavvocati.com
**SML Avvocati P.C.**
888 Prospect Street, Suite 200
La Jolla, CA 92037
Tel: 949.636.1391

Jay Johnson *(Admitted via Pro Hac Vice)*
Kizzia Johnson PLLC
1910 Pacific Avenue, Suite 13000
Dallas, TX 75201
Phone: 214-451-0164
Fax: 214-451-0165

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| **Display Technologies, LLC**, <br> Plaintiff, <br> v. <br> **Clarion Corporation of America**, <br> Defendant. | Case No. 8:20-cv-01028-JVS-DFM <br><br> **NOTICE OF VOLUNTARY DISMISSAL** <br><br> Honorable James V. Selna |

Plaintiff Display Technologies, LLC hereby files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer.  Accordingly, Display Technologies, LLC hereby voluntarily dismisses this action against Clarion Corporation of America without prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

1
2   Dated: October 13, 2020        Respectfully submitted,
3
                                   By: */s/Jay Johnson*
4                                  Jay Johnson
                                   *(Admitted Pro Hac Vice)*
5                                  Kizzia Johnson PLLC
                                   1910 Pacific Ave.
6                                  Suite 13000
                                   Dallas, TX 75201
7                                  (214) 451-0164
                                   jay@kjpllc.com
8
9                                  STEPHEN M. LOBBIN
                                   sml@smlavvocati.com
10                                 SML AVVOCATI P.C.
                                   888 Prospect Street, Suite 200
11                                 San Diego, California 92037
                                   (949) 636-1391 (Phone)
12
13
14                                 ATTORNEYS FOR PLAINTIFF
15
16
17
18
19
20
21
22
23
24
25
26
27
28